**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02695-RTG
(**The above civil action number must appear on all future papers**
    **sent to the court in this action. Failure to include this number**
    **may result in a delay in the consideration of your claims.**)

NICHOLAS SCOTT WERLING,

       Plaintiff,

v.

USP FLORENCE ADMAX,
ANDREW MICHAEL CIOLLI, both in his individual capacity and in his official capacity
    as warden of USP Florence ADMAX and complex warden of FCC Florence,
ANDRE VAHE MATEVOUSIAN, both in his individual capacity and in his official
    capacity as BOP regional director of the North Central Region,
COLLETTE M.S. PETERS, both in her individual capacity and in her official capacity as
    director of the BOP,
WILLIAM W. LOTHROP, both in his individual capacity and in his official capacity as
    deputy director of the BOP,
KATHLEEN TOOMEY, both in her individual capacity and in her official capacity as
    associate deputy director of the BOP,
J. TODD, both in his individual capacity and in his official capacity as representative of
    Defendant Baime,
EUGENE E. BAIME, both in his individual capacity and in his official capacity as
    supervisory attorney for the BOP,
CHRISTINA TROIANI, both in her individual capacity and in her official capacity as the
    chief of the administrative appeals staff for the Office of Information Policy of the
    U.S. DOJ,
FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT OF JUSTICE, and
UNITED STATES OF AMERICA,

       Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

       Plaintiff, a resident of Wisconsin, has submitted for filing a Complaint (ECF No.

1).[1] As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has

determined that the document is deficient as described in this order. Plaintiff will be

directed to cure the following if he wishes to pursue any claims in this action. Any

papers that Plaintiff files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    xx        is not submitted
(2)    ____      is missing affidavit
(3)    ____      is missing certified copy of prisoner's trust fund statement for the 6-month
                 period immediately preceding this filing
(4)    ____      is missing certificate showing current balance in prison account
(5)    ____      is missing required financial information
(6)    ____      is missing authorization to calculate and disburse filing fee payments
(7)    ____      is missing an original signature by the prisoner
(8)    ____      is not on proper form
(9)    ____      names in caption do not match names in caption of complaint, petition or
                 habeas application
(10)   xx        other: motion is necessary only if filing and administrative fees totaling
                 $405.00 are not paid in advance.

**Complaint, Petition or Application**:
(11)   ____      is not submitted
(12)   ____      is not on proper form (must use the District of Colorado form)
(13)   ____      is missing an original signature by each Plaintiff or counsel
(14)   ____      is missing page nos. ____
(15)   ____      uses et al. instead of listing all parties in caption
(16)   ____      names in caption do not match names in text
(17)   ____      addresses must be provided for all defendants/respondents in "Section A.
                 Parties" of complaint, petition or habeas application
(18)   ____      other:_____

        Plaintiff is informed that he may choose to contact Federal Pro Se Clinic at (303)

824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this

matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

States Courthouse, 901 19th Street, Denver CO 80294. Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and use the court-approved Application to Proceed in District Court Without Prepayment of Fees or Costs (Long Form) form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 2, 2024.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge

3