United States District Court
District of Colorado

Nicholas Scott Werling, p/k/a Lil Sippy

*Plaintiff*

v.

USP Florence ADMAX, et al.

*Defendants*

Case No. 1:24-cv-02695-RTG

# NOTICE OF REFUSAL OF MAGISTRATE JUDGE JURISDICTION

The plaintiff in the above-captioned hereby gives this court notice that he is **refusing** to consent to having a magistrate judge conduct all proceedings in this case, including a bench or jury trial, and enter final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73(b).

Dated and submitted this 2nd day of October, 2024,

*[signature]* BASEDGOD

Nicholas S. Werling,
  *Plaintiff*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 07 2024

JEFFREY P. COLWELL
  CLERK



Nicholas Werling
P.O. Box 803
Sun Prairie, WI 53590-0803
USA

United States District Court for the District of Colorado
Office of the Clerk
ATTN: Case No. 1:24-CV-02695-RTG
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294
USA