IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02695-RTG

NICHOLAS SCOTT WERLING,

    Plaintiff,

v.

USP FLORENCE ADMAX,
ANDREW MICHAEL CIOLLI, both in his individual capacity and in his official capacity
    as warden of USP Florence ADMAX and complex warden of FCC Florence,
ANDRE VAHE MATEVOUSIAN, both in his individual capacity and in his official
    capacity as BOP regional director of the North Central Region,
COLLETTE M.S. PETERS, both in her individual capacity and in her official capacity as
    director of the BOP,
WILLIAM W. LOTHROP, both in his individual capacity and in his official capacity as
    deputy director of the BOP,
KATHLEEN TOOMEY, both in her individual capacity and in her official capacity as
    associate deputy director of the BOP,
J. TODD, both in his individual capacity and in his official capacity as representative of
    Defendant Baime,
EUGENE E. BAIME, both in his individual capacity and in his official capacity as
    supervisory attorney for the BOP,
CHRISTINA TROIANI, both in her individual capacity and in her official capacity as the
    chief of the administrative appeals staff for the Office of Information Policy of the
    U.S. DOJ,
FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT OF JUSTICE, and
UNITED STATES OF AMERICA,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff initiated this action by filing *pro se* a Complaint (ECF No. 1). On October 7, 2024, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 4). Plaintiff will be granted leave to proceed *in*

*forma pauperis* pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 4) is GRANTED. It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). It is

FURTHER ORDERED that process shall not issue at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining Defendants for whom personal service is required if the case is later drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED October 8, 2024.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge