# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02695-RTG

NICHOLAS SCOTT WERLING,
    Plaintiff,

v.

USP FLORENCE ADMAX,
ANDREW MICHAEL CIOLLI, both in his individual capacity and in his official capacity
    as warden of USP Florence ADMAX and complex warden of FCC Florence,
ANDRE VAHE MATEVOUSIAN, both in his individual capacity and in his official
    capacity as BOP regional director of the North Central Region,
COLLETTE M.S. PETERS, both in her individual capacity and in her official capacity as
    director of the BOP,
WILLIAM W. LOTHROP, both in his individual capacity and in his official capacity as
    deputy director of the BOP,
KATHLEEN TOOMEY, both in her individual capacity and in her official capacity as
    associate deputy director of the BOP,
J. TODD, both in his individual capacity and in his official capacity as representative of
    Defendant Baime,
EUGENE E. BAIME, both in his individual capacity and in his official capacity as
    supervisory attorney for the BOP,
CHRISTINA TROIANI, both in her individual capacity and in her official capacity as the
    chief of the administrative appeals staff for the Office of Information Policy of the
    U.S. DOJ,
FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT OF JUSTICE, and
UNITED STATES OF AMERICA,
    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

    Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock. The undersigned will remain as the assigned magistrate judge.

Dated:   October 11, 2024

---