IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02695-LTB-RTG

NICHOLAS SCOTT WERLING,

    Plaintiff,

v.

USP FLORENCE ADMAX,
ANDREW MICHAEL CIOLLI, both in his individual capacity and in his official capacity
    as warden of USP Florence ADMAX and complex warden of FCC Florence,
ANDRE VAHE MATEVOUSIAN, both in his individual capacity and in his official
    capacity as BOP regional director of the North Central Region,
COLLETTE M.S. PETERS, both in her individual capacity and in her official capacity as
    director of the BOP,
WILLIAM W. LOTHROP, both in his individual capacity and in his official capacity as
    deputy director of the BOP,
KATHLEEN TOOMEY, both in her individual capacity and in her official capacity as
    associate deputy director of the BOP,
J. TODD, both in his individual capacity and in his official capacity as representative of
    Defendant Baime,
EUGENE E. BAIME, both in his individual capacity and in his official capacity as
    supervisory attorney for the BOP,
CHRISTINA TROIANI, both in her individual capacity and in her official capacity as the
    chief of the administrative appeals staff for the Office of Information Policy of the
    U.S. DOJ,
FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT OF JUSTICE, and
UNITED STATES OF AMERICA,

    Defendants.

---

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

    This action is under review pursuant to D.C.COLO.LCivR 8.1.

    Pursuant to 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1, United States Magistrate Judge **Richard T. Gurley** is designated to conduct proceedings in this civil action as follows:

(X) Perform duties set forth in D.C.COLO.LCivR 8.1.

(X) Hear and determine pretrial matters, including all nondispositive motions and other requests seeking court action.

(X) Conduct hearings, including evidentiary hearings, at the magistrate judge's discretion.

(X) Submit recommendations for rulings on dispositive motions.

(X) Submit recommendations for disposition of all or part of this action as required under D.C.COLO.LCivR 8.1, 28 U.S.C. § 1915, 28 U.S.C. § 1915A, and/or 42 U.S.C. § 1997e.

(X) Determine and resolve nondispositive post-judgment motions and other requests seeking court action.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

IT IS FURTHER ORDERED that no additional orders of reference are necessary. All motions, requests, letters, and any other document seeking court action are referred automatically for resolution or recommendation by the named magistrate judge.

DATED: October 15, 2024

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court