IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02695-LTB-RTG

NICHOLAS SCOTT WERLING,

    Plaintiff,

v.

USP FLORENCE ADMAX,
ANDREW MICHAEL CIOLLI, both in his individual capacity and in his official capacity
    as warden of USP Florence ADMAX and complex warden of FCC Florence,
ANDRE VAHE MATEVOUSIAN, both in his individual capacity and in his official
    capacity as BOP regional director of the North Central Region,
COLLETTE M.S. PETERS, both in her individual capacity and in her official capacity as
    director of the BOP,
WILLIAM W. LOTHROP, both in his individual capacity and in his official capacity as
    deputy director of the BOP,
KATHLEEN TOOMEY, both in her individual capacity and in her official capacity as
    associate deputy director of the BOP,
J. TODD, both in his individual capacity and in his official capacity as representative of
    Defendant Baime,
EUGENE E. BAIME, both in his individual capacity and in his official capacity as
    supervisory attorney for the BOP,
CHRISTINA TROIANI, both in her individual capacity and in her official capacity as the
    chief of the administrative appeals staff for the Office of Information Policy of the
    U.S. DOJ,
FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT OF JUSTICE, and
UNITED STATES OF AMERICA,

    Defendants.

---

## ORDER

---

This matter is before the Court on the Recommendation of United States Magistrate Judge filed October 16, 2024 (ECF No. 9). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its

service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on October 16, 2024. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review.

Accordingly, for the foregoing reasons, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 9) is accepted and adopted. It is

FURTHER ORDERED that Plaintiff's claims in the Complaint (ECF No. 1) asserted against every Defendant other than the Federal Bureau of Prisons, and the claims for damages, are dismissed for lack of jurisdiction. It is

FURTHER ORDERED that every Defendant other than the Federal Bureau of Prisons is dismissed as a party to this action. It is

FURHTER ORDERED that Plaintiff's claim in the Complaint (ECF No. 1) asserted against Defendant Federal Bureau of Prisons be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED: November 12, 2024.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court