IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02695-MDB

Nicholas Scott Werling,

    Plaintiff,

v.

Federal Bureau of Prisons,

    Defendants.

---

## CERTIFICATE OF SERVICE

---

    I certify that I have mailed a copy of the Certificate of Service and the following forms to the named individuals below for service of process: COMPLAINT FILED ON 09/27/2024, ORDER filed on 11/12/2024, SUMMONS, WAIVER*, ACKNOWLEDGMENT and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE on November 14, 2024.

Nicholas Scott Werling
P.O Box 803
Sun Prairie, WI 53590-0809


Federal Bureau of Prisons- **Waiver**
c/o Colorado Consolidated Legal Center
**DELIVERED ELECTRONICALLY VIA E-MAIL**

United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY VIA E-MAIL**

United States Attorney General
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530
**DELIVERED VIA USPS CERTIFIED MAIL**


                                                s/ J. Roberts
                                                Deputy Clerk