IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

TO: The Clerk of Court for the United States District Court for the District of Colorado

The undersigned, Joann Stark, as a person authorized to accept service on behalf of the United States Attorney's Office for the District of Colorado, hereby acknowledges receipt of the following documents for **Case No. 24-cv-02695-MDB**:

- CERTIFICATE OF SERVICE
- COMPLAINT FILED 09/27/2024
- SUMMONS
- CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Signed:   *s/Joann Stark*                              .

On the 20th day of November, 2024