USPS TRACKING #

9590 9402 7512 2098 4795 98

United States Postal Service

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 09 2024
JEFFREY P. COLWELL
CLERK

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

Alfred A. Arraj United States
Courthouse-USDC
901 19th Street, Room A105
Denver, CO 80294

24-cv-02695-MDB

12/02

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney General
   Room 5111, Main Justice Bldg.
   10th and Constitution, N.W.
   Washington, DC 20530



9590 9402 7512 2098 4795 98

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
   NOV 26 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
      (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt