IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02695-RMR

Nicholas Scott Werling,

    Plaintiff,

v.

Federal Bureau of Prisons,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

To the clerk of court and parties of record:

    I certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the Defendant.

    Respectfully submitted this 11th day of December, 2024.

                          MATTHEW T. KIRSCH
                          Acting United States Attorney

                          *s/ Benjamin Kapnik*
                          Benjamin Kapnik
                          Assistant United States Attorney
                          1801 California Street, Suite 1600
                          Denver, Colorado 80202
                          Telephone: (303) 454-0100
                          Email: Benjamin.Kapnik@usdoj.gov

                          Attorney for the Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on December 11th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I further certify that on December 11th, 2024, I directed personnel of the United States Attorney's Office to mail the foregoing via U.S. Mail, to the following non-CM/ECF participants:

Nicholas Scott Werling
P.O Box 803
Sun Prairie, WI 53590-0809
*Pro se*

*s/ Benjamin Kapnik*
U.S. Attorney's Office