**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02695-RMR-MDB

Nicholas Scott Werling,

　　　Plaintiff,

v.

Federal Bureau of Prisons,

　　　Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT (ECF No. 1)**

---

Pursuant to 5 U.S.C. § 552(a)(4)(C), Fed. R. Civ. P. 6(b) and D.C.COLO.LCivR 6.1 and 7.1, Defendant requests an additional four weeks, through January 13, 2025, to respond to Plaintiff's Complaint, ECF No. 1. The parties have conferred regarding this Motion and Plaintiff does not oppose the requested relief. See D.C.COLO.LCivR 7.1(a). As set forth below, there is good cause to extend Defendant's response deadline.

1. Plaintiff filed this action on September 27, 2024, alleging, as is relevant here, that Defendant violated the Freedom of Information Act, 5 U.S.C. § 552, by failing to disclose records responsive to Plaintiff's FOIA request. Following screening, *see* ECF No. 10 (Order), the Clerk's Office provided the U.S. Attorney's Office a copy of the Complaint by electronic means on November 14, 2024, *see* ECF No. 13.

2.      Defendant's response to the Complaint is currently due December 16, 2024.[1] *See* 5 U.S.C. § 552(a)(4)(C) (defendants shall serve an answer or otherwise respond to a FOIA complaint within thirty days after service upon defendants, "unless the court otherwise directs for good cause shown").

3.      Defendants request an additional four weeks (or 28 days), through January 13, 2025, to respond to the Complaint.

4.      Good cause supports extending the response deadline. As noted, the Clerk's Office provided a copy of the Complaint to the U.S. Attorney's Office by electronic means on November 14, 2024, ECF No. 13, and the U.S. Attorney's Office did not acknowledge receipt until November 20, 2024, ECF No. 14. Moreover, undersigned counsel was out of the country on preplanned leave the full following week, and so was not able to work on this matter until the beginning of December. At that point, Defendant had to address certain preliminary issues regarding the matter. Counsel also just received the relevant FOIA request and related correspondence, and is working to coordinate with the agency to prepare a response to Plaintiff's Complaint. In addition, the two calendar weeks following the current deadline contain federal holidays during which it will be very difficult to coordinate and prepare a response with the necessary representatives within the agency. As a result, there is good cause to move the deadline beyond the holidays.

5.      The requested extension will not impact any other case deadlines or unreasonably delay the progress of this case. Plaintiff will not be prejudiced by the

---

[1] 30 days after November 14, 2024, is Saturday, December 14, 2024.

2

requested extension. As noted above, Plaintiff does not object to an extension to January 13, 2025.

6.      Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have not previously sought to extend the response deadline.

7.      Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on a representative for Defendants, as set forth in the Certificate of Service.

WHEREFORE, Defendants respectfully request that the Court issue an order extending Defendant's deadline to respond to Plaintiff's Complaint through January 13, 2025.

Respectfully Submitted this 11th day of December, 2024.

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Benjamin Kapnik*
Benjamin Kapnik
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Benjamin.Kapnik@usdoj.gov

Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I further certify that on December 11th, 2024, I directed personnel of the United States Attorney's Office to mail the foregoing via U.S. Mail, to the following non-CM/ECF participants:

Nicholas Scott Werling
P.O Box 803
Sun Prairie, WI 53590-0809
*Pro se*

I further certify that a copy of this filing is being served on a client representative, Senior CLC Attorney Rhea.

<u>*s/ Benjamin Kapnik*</u>
U.S. Attorney's Office