IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02695-RMR-MDB

Nicholas Scott Werling,

    Plaintiff,

v.

Federal Bureau of Prisons,

    Defendant.

---

### [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

---

THIS MATTER comes before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint ("Motion"). The Court, having reviewed the Motion, hereby **GRANTS** the Motion.

IT IS ORDERED that Defendants shall answer or otherwise respond to the Complaint (ECF. No. 1) on or before January 13, 2025.

Dated: _____, 2024.

                                                                        _____
Honorable Regina M. Rodriguez
United States District Judge