IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02695-RMR-MDB

Nicholas Scott Werling,

    Plaintiff,

v.

Federal Bureau of Prisons,

    Defendant.

**UNOPPOSED MOTION TO SET BRIEFING SCHEDULE
FOR MOTION FOR SUMMARY JUDGMENT**

    Defendant Federal Bureau of Prisons respectfully moves to set a briefing schedule for a motion for summary judgment in this matter. The parties have conferred regarding this Motion and Plaintiff does not oppose the proposed briefing schedule, although he does plan to oppose the Defendant's motion for summary judgment. See D.C.COLO.LCivR 7.1(a).

    Plaintiff filed this action alleging, as is relevant here, that Defendant violated the Freedom of Information Act, 5 U.S.C. § 552, by failing to disclose records responsive to Plaintiff's FOIA request. In contrast to most other civil cases, FOIA cases ordinarily bypass discovery altogether and are resolved on motions for summary judgment. *See INFORM v. U.S. Bureau of Land Mgmt.*, 611 F. Supp. 2d 1178, 1182 (D. Colo. 2009) ("FOIA actions are typically decided on motions for summary judgment."); *see also, e.g., World Pub. Co. v. U.S. Dep't of Justice*, 672 F.3d 825, 831–32 (10th Cir. 2012) (affirming summary judgment and denial of requested discovery); *Trentadue v. F.B.I.*,

572 F.3d 794, 808 (10th Cir. 2009) (holding that conducting requested discovery "would be an abuse of judicial process").

Accordingly, in order to expeditiously resolve this matter, Defendant requests that the Court enter an order setting forth the following unopposed briefing schedule for the Defendant's motion for summary judgment:

Motion for Summary Judgment: **March 13, 2025**

Response: **April 11, 2025**

Reply: **April 25, 2025**

Defendant respectfully requests that the Court grant the motion and enter an order setting the above deadlines. A proposed order is attached for the convenience of the Court.

Respectfully Submitted this 24th day of January, 2025.

    MATTHEW T. KIRSCH
    United States Attorney

    *s/ Benjamin Kapnik*
    Benjamin Kapnik
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: Benjamin.Kapnik@usdoj.gov

    Attorney for the Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

      I further certify that on January 24th, 2025, I directed personnel of the United States Attorney's Office to mail the foregoing via U.S. Mail, to the following non-CM/ECF participants:

Nicholas Scott Werling
P.O Box 803
Sun Prairie, WI 53590
*Pro se*

                                                  *s/ Benjamin Kapnik*
                                                U.S. Attorney's Office