IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02695-RMR-MDB

Nicholas Scott Werling,

    Plaintiff,

v.

Federal Bureau of Prisons,

    Defendant.

_____

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SET BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**
_____

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Set Briefing Schedule for Motion for Summary Judgment ("Motion"). The Court, having reviewed the Motion, hereby **GRANTS** the Motion.

IT IS ORDERED that Defendant's motion for summary judgment shall be filed by March 13, 2025; any response to the motion for summary judgment shall be filed by April 11, 2025; and any reply in support of motion for summary judgment shall be filed by April 25, 2025.

Dated: _____, 2025.           _____
                                                                 Honorable Regina M. Rodriguez
                                                                 United States District Judge